

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00264-CV

ESTATE OF FELIPE A. RADELAT, DECEASED

§ On Appeal from Probate Court No. 1

§ of Tarrant County (1994-0001187-1-A)

§ November 7, 2019

§ Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellees Ana Radelat and Andrew Radelat shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell